# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHAWN JONES, | No. CV 08-2169-RGK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 10, 2008

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE